■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK JOHNSTON, Appellant. [664 NYS2d 750] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 22, 1990 (*People v Johnston,* 166 AD2d 667), affirming a judgment of the Supreme Court, Queens County, rendered January 12, 1987.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Rosenblatt, J. P., Ritter, Santucci and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JONES, Appellant. [664 NYS2d 751] —Appeal by the defendant from a judgment of the County Court, Rockland County (Meehan, J.), rendered December 2, 1994, convicting him of criminal possession of a weapon in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed (*see, People v Bryant,* 242 AD2d 637 [decided herewith]). Miller, J. P., Ritter, Santucci and Florio, JJ., concur.